UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CUMMINGS PROPERTIES, LLC, <br><br> Plaintiff and Defendant in Counterclaim. <br><br> v. <br><br> EMIGRANT BANK and <br> LIFE SCIENCES CAPITAL, LLC, <br><br> Defendants and Plaintiffs in Counterclaim. | Civil Action No. 12-cv-12320-MLW |

ORDER AUTHORIZING DEPOSIT OF FUNDS INTO COURT REGISTRY

Upon the *Joint Motion For Authority To Pay Funds Into Court Registry* filed on behalf of Cummings Properties, LLC, Emigrant Bank and Life Sciences Capital, LLC, the relief requested therein being consensual in all respects and good cause appearing therefor, it is hereby ORDERED that:

1. The deposit of the amount of $189,728.91 into this Court's registry by John J. Aquino, in his capacity as Chapter 7 Trustee of the bankruptcy estate of Omnisonics Medical Technologies, Inc. is hereby approved and, upon receipt of such deposit, it shall be held in the registry until further order of this Court; and

2. The parties are hereby authorized to take such further actions as may be reasonably necessary or appropriate to assist and accommodate such deposit transaction.

Entered at Boston, Massachusetts this 19th day of April, 2013.

Hon. Mark L. Wolf
U.S. District Court Judge

2206570.2